O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILI LAFOIA AVA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SANTA ANA POLICE DEPARTMENT,<br><br>　　　　　Defendant. | Case No. CV 12-1722-JGB (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) defendant's Motion to Dismiss is granted; and (2) Judgment be entered dismissing this action with prejudice.

DATED: 3/12/13

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE