JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILI LAFOIA AVA,<br><br>        Plaintiff,<br><br>  vs.<br><br>SANTA ANA POLICE DEPARTMENT,<br><br>        Defendant. | Case No. CV 12-1722-JGB (RNB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 3/12/13

JS-6

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE