I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL AT
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 3-19-13

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 19 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

VILI LAFOIA AVA,

        Plaintiff,

vs.

SANTA ANA POLICE
DEPARTMENT,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No.  CV 12-1722-JGB (RNB)

ORDER ACCEPTING FINDINGS
AND RECOMMENDATION
OF UNITED STATES
MAGISTRATE JUDGE

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendation of the Magistrate Judge.

     IT THEREFORE IS ORDERED that (1) defendant's Motion to Dismiss is granted; and (2) Judgment be entered dismissing this action with prejudice.

DATED: March 12, 2013

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE